UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NEIL J. FRENGLER, | ) | Case No. 4:10CV225 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| vs. | ) | |
| | ) | [Resolves Doc. 9] |
| GENREAL MOTORS LLC, et al., | ) | |
| | ) | MEMORANDUM OF OPINION |
| Defendants. | ) | |

This matter appears before the Court on a motion to dismiss filed by Defendant Dr. Joseph Cerimele, D.O.  The motion is GRANTED.

Cerimele's motion was filed on June 15, 2010.  This Court held a case management conference on July 29, 2010.  At no time has Plaintiff filed an opposition to the motion.  However, during the case management conference, the Court allowed Plaintiff to explain his position.  The Court found no merit in Plaintiff's argument and orally granted the motion to dismiss.

To be clear, there is nothing in Plaintiff's complaint, nor its attachments, that could remotely be construed as a viable cause of action against Cerimele.  Accordingly, the motion is granted.  Any and all causes of action in the complaint against Cerimele are DISMISSED.

IT IS SO ORDERED.

DATED: February 24, 2011             /s/ John R. Adams
                                     JUDGE JOHN R. ADAMS
                                     United States District Court

1